UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSHUA LYNCH,

    Plaintiff,

v.   Case No: 8:21-cv-1262-CEH-JSS

PRO CUSTOM SOLAR LLC,

    Defendant.
_____/

**ORDER TO SHOW CAUSE**

This matter is before the Court following the Court's January 31, 2022 Order (Doc. 29) in which the Court directed Plaintiff's counsel, Jacob Ginsburg, to file a notice with the Court indicating the name, address, and telephone number of the mediator the parties selected and the date of mediation as required by the Court's Case Management and Scheduling Order ("CMSO") (Doc. 22). The Court directed attorney Ginsburg to respond on or before February 7, 2022. That deadline has passed. To date counsel has not responded, nor has he sought an extension of time to do so.

    The CMSO provides that "[c]ounsel and all parties shall comply with this Order, with the Federal Rules of Civil Procedure, with the 2021 Local Rules of the United States District Court for the Middle District of Florida, and with the Administrative Procedures for Case Management/Electronic Case Filing." Doc. 22 at 3. Plaintiff Joshua Lynch has failed to comply with the requirements of the CMSO and the Local Rules of this Court. Plaintiff's counsel has failed to comply with two

court orders (Docs. 22, 29) and the Court's Local Rules.  Accordingly, Plaintiff Joshua Lynch and his counsel, Jacob Ginsburg, are directed to show cause by a written response filed on or before **February 22, 2022**, indicating why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution and/or why sanctions should not be imposed. In addition, in their response, Plaintiff and his counsel shall identify the name, address, and telephone number of the mediator the parties selected and the date of the mediation, as previously ordered. **Failure to respond to this Order to Show Cause will result in this action being dismissed without prejudice without further notice.**

      **DONE AND ORDERED** in Tampa, Florida on February 15, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies: All Parties of Record